# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00680-CR

**Glenn A. Miller, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 44,754, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

After accepting appellant Glenn A. Miller's plea of guilty to aggravated sexual assault, the district court deferred further proceedings without adjudicating guilt and placed appellant on community supervision. *See* Tex. Penal Code Ann. § 22.021 (West Supp. 2001). The court subsequently revoked supervision, adjudged appellant guilty, and imposed sentence of imprisonment for six years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U. S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U. S. 75 (1988); *High v. State*, 573 S. W. 2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S. W. 2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S. W. 2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S. W. 2d

137 (Tex. Crim. App. 1969). A copy of counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

_____

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Puryear

Affirmed

Filed:   February 8, 2001

Do Not Publish

2